1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED FABRICS INTERNATIONAL, INC., | Case No.: CV14-4344 AGR<br>*Honorable Alicia G. Rosenberg* |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II)** |
| vs. | |
| ROSS STORES, INC., et al., | |
| Defendants. | |

1

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreements that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

<u>SO ORDERED.</u>

Dated: January 12, 2015          By: _____
                                      HONORABLE ALICIA G. ROSENBERG